IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TYRUS ALPHONSE WILLIAMS, | * |
|     Plaintiff, | * |
| vs. | *    CASE NO. 4:22-CV-24 (CDL) |
| DAVID BUNT, *et al.*, | * |
|     Defendants. | * |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 17, 2022. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. Plaintiff's motion to seal case (ECF No. 10) is terminated.

IT IS SO ORDERED, this 21st day of July, 2022.

                                              s/Clay D. Land
                                              CLAY D. LAND
                                              U.S. DISTRICT COURT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA